David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
Molly Taylor Zapala (SBN 245985)
Email: mzapala@reedsmith.com
Carla Meninsky (SBN 233470)
Email: cmeninsky@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendants
Bank of America, N.A., for itself and as successor
by merger to BAC Home Loans Servicing LP, fka
Countrywide Home Loans Servicing LP; Mortgage
Electronic Registration Systems, Inc.; and
ReconTrust Company, N.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. GRUNDY,<br><br>         Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A FKA, COUNTRYWIDE HOMES LOANS SERVICING, LP, MERS, RECONTRUST COMPANY, N.A.,<br><br>         Defendants. | Case No. S-1500-CV 275881<br><br>**DECLARATION OF CARLA MENINSKY IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT OF DISMISSAL FOR FAILURE TO AMEND**<br><br>Date:             October 1, 2012<br>Time:             10:30 a.m.<br>Place:            Courtroom 1<br>Compl. Filed:   March 6, 2012<br><br>Honorable Irma E. Gonzalez<br><br>*[Filed concurrently with Motion and [Proposed] Order]* |

DECLARATION OF CARLA MENINSKY IN SUPPORT OF DEFENDANTS'
MOTION FOR JUDGMENT OF DISMISSAL

1. I, Carla Meninsky, am an attorney duly admitted to practice before all courts in the State of California. I am a staff attorney at Reed Smith LLP, attorneys for Defendants Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing LP; Mortgage Electronic Registration Systems, Inc.; and ReconTrust Company, N.A. (collectively "Defendants"). I have personal knowledge of the facts set forth herein, and if called upon to do so could and would testify competently thereto.

2. Plaintiff James J. Grundy ("Plaintiff") filed his Complaint in this matter on March 6, 2012.

3. Defendants timely filed a Motion to Dismiss on May 23, 2012 which Plaintiff did not oppose.

4. On June 14, 2012 this Court took the matter under submission and vacated the hearing which had been scheduled for June 25, 2012. On July 17, 2012, the Court granted Defendants' Motion to Dismiss, with prejudice as to his request for rescission under TILA, and without prejudice as to his claims premised on fraud, RESPA, the FDCPA, for declaratory relief and for damages under TILA. The Court gave the Plaintiff twenty-one days to amend his Complaint. A true and correct copy of the ruling is attached hereto as Exhibit A.

5. On July 18, 2012, the court served Plaintiff with notice of the ruling on Defendants' Motion to Dismiss by mail. See, Exhibit B attached hereto.

6. Based on the July 18, 2012 order, served by mail, Plaintiff had until August 13, 2012 to file an amended complaint.

7. I am familiar with my office's files in this action, and no Amended Complaint has been received in this case.

8. On several occasions since July 18, 2012, I have checked this Court's electronic docket through www.pacer.gov ("PACER"), and it lists no Amended Complaint in this action.

9. As of the date of filing of this Motion for Judgment, PACER does not reflect that

- 1 -
DECLARATION OF CARLA MENINSKY IN SUPPORT OF DEFENDANTS'
MOTION FOR JUDGMENT OF DISMISSAL

Plaintiff filed an Amended Complaint.

I hereby declare under penalty of perjury of the laws of California that the foregoing is true and correct.

Executed on August 27, 2012 at San Francisco, California.

/s/ *Carla Meninsky*
Carla Meninsky