# EXHIBIT B

## Zabala, Ivy M.

| | |
|---|---|
| **From:** | efile_information@casd.uscourts.gov |
| **Sent:** | Wednesday, July 18, 2012 10:42 AM |
| **To:** | CourtMail@casd.uscourts.gov |
| **Subject:** | Activity in Case 3:12-cv-00561-IEG-DHB Grundy v. Bank of America, N.A. et al Order on Motion to Dismiss |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 7/18/2012 at 10:41 AM PDT and filed on 7/18/2012
**Case Name:**     Grundy v. Bank of America, N.A. et al
**Case Number:**   3:12-cv-00561-IEG-DHB
**Filer:**
**Document Number:** 12

**Docket Text:**
**ORDER Granting [8] Motion to Dismiss: Plaintiff's claims premised on fraud, RESPA, the FDCPA, for declaratory relief and for damages under TILA are dismissed without prejudice. Plaintiff's claims for recission under TILA are dismissed with prejudice. Plaintiff is granted leave to file a first amended complaint no later than 21 days after the filing of this order. Signed by Judge Irma E. Gonzalez on 7/17/2012. (All non-registered users served via U.S. Mail Service)(leh)**


**3:12-cv-00561-IEG-DHB Notice has been electronically mailed to:**

Carla Meninsky   cmeninsky@reedsmith.com,   izabala@reedsmith.com

**3:12-cv-00561-IEG-DHB Electronically filed documents must be served conventionally by the filer to:**

James J. Grundy
1707 Crystal Ridge Way
Vista, CA 92081

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/18/2012] [FileNumber=6375816-0
] [90715a184cbb1e2625ec149ca3e6a3c86263179f4c6b83941c60850e45a65db491d
3fecbd19f0f22c2a642700248fbb4fd3fe41951dcde92b6a04eef0020eeea]]