1  David S. Reidy (SBN 225904)
   Email: dreidy@reedsmith.com
2  Molly Taylor Zapala (SBN 245985)
   Email:  mzapala@reedsmith.com
3  Carla Meninsky (SBN 233470)
4  Email:  cmeninsky@reedsmith.com
   REED SMITH LLP
5  101 Second Street, Suite 1800
   San Francisco, CA  94105-3659
6  Telephone:     +1 415 543 8700
7  Facsimile:     +1 415 391 8269

8  Attorneys for Defendants
   Bank of America, N.A., for itself and as
9  successor by merger to BAC Home Loans
   Servicing LP, fka Countrywide Home Loans
10 Servicing LP; Mortgage Electronic Registration
   Systems, Inc.; and ReconTrust Company, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JAMES J. GRUNDY, | Case No. 12-CV-0561 IEG (BHD) |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Date:           October 1, 2012<br>Time:           10:30 a.m. |
| BANK OF AMERICA, N.A FKA, COUNTRYWIDE HOMES LOANS SERVICING, LP, MERS, RECONTRUST COMPANY, N.A., | Place:          Courtroom 1<br>Compl. Filed:   March 6, 2012 |
| Defendants. | Honorable Irma E. Gonzalez |

PROOF OF SERVICE

US_ACTIVE-109533873

**PROOF OF SERVICE**
*Re: James J. Grundy v. Bank of America, N.A., et al.*
USDC – Southern District Case No.: **Case No. 12-CV-0561 IEG (BHD)**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105-3659. On August 27, 2012, I served the following document(s) by the method indicated below:

**DEFENDANTS' MOTION FOR JUDGMENT OF DISMISSAL FOR FAILURE TO AMEND; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**DECLARATION OF CARLA MENINSKY IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT OF DISMISSAL FOR FAILURE TO AMEND;**

**ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT OF DISMISSAL**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☒ By USDC Live System-Document Filing System: on all interested parties registered for e-filing.

| | |
|---|---|
| James J. Grundy | Plaintiff in Pro Per |
| 1707 Crystal Ridge Way | Tel: 760-727-2074 |
| Vista, CA 92081 | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 27, 2012 in San Francisco, California.

/s/ *Ivy M. Zabala*
Ivy M. Zabala

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –
PROOF OF SERVICE
US_ACTIVE-109533873 8/27/12 2:11 PM